HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, #177913
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-0139 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| GENE HARRIS, | Date: June 27, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England Jr. |

THE PARTIES STIPULATE through their respective counsel that the Court should vacate the status conference on June 27, 2013, and reset it on July 18, 2013, at 9:00 a.m.

Counsel requires additional time to review discovery with the defendant, and to negotiate with the government.

The parties further stipulate that the Court should exclude the period from June 27, 2013, through July 18, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a

Stipulation And [Proposed] Order    1    13-139 MCE

continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: June 27, 2013   Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender


Dated: June 27, 2013   BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
KYLE REARDON
Assistant U.S. Attorney

**ORDER**

in accordance with the foregoing stipulation, the Court orders the status conference continued to July 18, 2013, at 9:00 a.m. The Court orders time excluded from June 27, 2013, through the status conference on July 18, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Date: July 01, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT