1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MICHAEL PETRIK, #177913
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) No. 13-cr-00139 MCE
                                    )
11                  Plaintiff,      ) STIPULATION AND ORDER
                                    ) TO CONTINUE STATUS CONFERENCE TO
12      v.                          ) AUGUST 22, 2013, AT 9:00 A.M.
                                    )
13 GENE HARRIS,                     ) Date: July 18, 2013
                                    ) Time: 9:00 a.m.
14                  Defendant.      ) Judge: Hon. Morrison C. England Jr.
   _____  )

15

16      THE PARTIES STIPULATE through their respective counsel that the

17 Court should vacate the status conference on July 18, 2013, and reset

18 it on August 22, 2013, at 9:00 a.m.

19      Counsel requires additional time to review discovery with the

20 defendant, and to negotiate with the government.  Counsel also requires

21 time to confer with Mr. Harris about a proposed plea agreement.

22      The parties further stipulate that the Court should exclude the

23 period from July 18, 2013, through August 22, 2013, when it computes

24 the time within which the trial of the above criminal prosecution must

25 commence for purposes of the Speedy Trial Act.  The parties stipulate

26 that the ends of justice served by granting defendant's request for a

27

28 Stipulation And Order                 1                         13-139 MCE

1 | continuance outweigh the best interest of the public and the defendant
2 | in a speedy trial, and that this is an appropriate exclusion of time
3 | for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)
4 | (Local Code T4).

Dated: July 16, 2013   Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender


Dated: July 16, 2013   BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for
_____
KYLE REARDON
Assistant U.S. Attorney

**ORDER**

Pursuant to the parties' stipulation and good cause shown, **IT IS SO ORDERED.** The status conference, currently set for July 18, 2013, is hereby **continued to August 22, 2013, at 9:00 a.m.** in Courtroom 7. The time period between July 18, 2013, and August 22, 2013, is hereby excluded pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT