HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, #177913
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
GENE HARRIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GENE HARRIS,<br><br>Defendant. | No. 2:13-cr-00139 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 5, 2013, AT 9:00 A.M.<br><br>Date: August 22, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England Jr. |

THE PARTIES STIPULATE through their respective counsel that the Court should vacate the status conference on August 22, 2013, and reset it on September 5, 2013, at 9:00 a.m.

Counsel requires additional time to review discovery with the defendant, and to negotiate with the government. Counsel also requires time to confer with Mr. Harris about a proposed plea agreement.

The parties further stipulate that the Court should exclude the period from August 22, 2013, through September 5, 2013, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: August 21, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik

MICHAEL PETRIK, Jr.
Assistant Federal Defender

Dated: August 21, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for

KYLE REARDON
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The status conference currently set for August 22, 2013, is **continued to September 5, 2013, at 9:00 a.m.** in Courtroom 7. The Court orders time excluded from August 22, 2013, through September 5, 2013, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons stated above, the Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

Date: August 21, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT